UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LISA DUMOND; VALERIE CRAIN; PAMELA       :
GARY-GREEN; LUCILLE KINCAID; MARY        :
PENDLETON; GAIL SHINHOLSTER; JANICE      :
COOPER; DOLLY BETHANY; STACI             :
FOWLER; JOYCE JOHNSON,                    :
                                          :
        Plaintiffs                        :      Civil Action
v.                                        :      No. 04-11140-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                          :
        Defendants                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer

Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer

Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is

Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly

held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004                                Respectfully submitted,
          Boston, Massachusetts


                                                     /s/Matthew J. Matule
                                                     Matthew J. Matule (BBO #632075)
                                                     SKADDEN, ARPS, SLATE,
Of Counsel:                                            MEAGHER & FLOM LLP
Barbara Wrubel                                       One Beacon Street
Katherine Armstrong                                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                       Counsel for Defendant
                                                     Boehringer Ingelheim Pharmaceuticals, Inc.