UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| LISA DUMOND; VALERIE CRAIN; PAMELA GARY-GREEN; LUCILLE KINCAID; MARY PENDLETON; GAIL SHINHOLSTER; JANICE COOPER; DOLLY BETHANY; STACI FOWLER; JOYCE JOHNSON, | |
| Plaintiffs, | Civil Action |
| v. | No. 04-11140-GAO |
| INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 9, 2004
        Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant,
Indevus Pharmaceuticals, Inc.